IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE ) | GENERAL ORDER | |
| ) | | |
| ASSIGNMENT OF CASES TO ) | No. 2005-13 | |
| THE HON. JIMM LARRY HENDREN ) | | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges Joseph F. Bataillon, Laurie Smith Camp, Richard G. Kopf and Jimm Larry Hendren,

**IT IS ORDERED:**

1. Effective immediately, the following cases are reassigned from Judge Bataillon to Judge Hendren for the purposes of trial and any pending pretrial motions in such cases:

    8:04CV0085   Jensen v. Imagistics International
    8:04CV0120   Rodgers v. Wells Fargo Bank

2. Effective immediately, the following cases are reassigned from Judge Smith Camp to Judge Hendren for the purposes of trial and any pending pretrial motions in such cases:

    4:04CV3054   Jordon v. Hoistad
    8:04CV0024   Rockwell v. Talbot

3. Effective immediately, the following cases are reassigned from Judge Kopf to Judge Hendren for the purposes of trial and any pending pretrial motions in such cases:

    8:04CV528   Wise v. Shefren
    8:04CV519   Monarch Construction v. Cooper

4. The magistrate judge assignments will remain unchanged.

5. The above cases will be called for trial in a courtroom to be designated in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **August 1, 2005**.

DATED May 25, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
**Chief Judge**