IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN A. ROCKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv24 |
| | ) | |
| v. | ) | |
| | ) | |
| TALBOTT, ADAMS & MOORE INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 34 be stricken from the record for the following reason:

- Incorrectly scanned PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 34 from the record. The party is directed to re-file the document.

DATED this 14th day of July, 2005.

BY THE COURT:


s/FA Gossett
United States Magistrate Judge