# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KAREN A. ROCKWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **8:04CV24** |
| vs. | ) |
| | )   **ORDER** |
| **TALBOTT, ADAMS & MOORE,** | ) |
| **INC., a Texas corporation,** | ) |
| | ) |
| **Defendant.** | ) |

    This matter is before the court on defendant's MOTION TO RECONSIDER DENIAL OF DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER (#44). Having considered the motion, brief, and evidence filed by the defendant, it still appears that the defendant was specifically advised over eight months ago that its answer did not include a bona-fide-error defense. The defendant did not timely move to amend its pleading and has not shown good cause for its failure to do so.

    **IT IS ORDERED** that defendant's MOTION TO RECONSIDER (#44) is denied.

    **DATED July 26, 2005.**

                             **BY THE COURT:**

                             s/ F.A. Gossett
                             **United States Magistrate Judge**