## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KAREN A. ROCKWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **8:04CV24** |
| vs. | ) |
| | )   **ORDER** |
| **TALBOTT, ADAMS & MOORE,** | ) |
| **INC., a Texas corporation,** | ) |
| | ) |
| **Defendant.** | ) |

Defendant has filed a motion to continue trial (#53) because a necessary witness, Scott Talbott, experienced a death in the family on July 22, 2005, which caused him to delay as business trip to Jamaica. Mr. Talbott reportedly wishes to take the business trip to Jamaica for a period of time that will extend through the week of August 1, 2005.

Having considered plaintiff's response (#59), and considering the amount of time this case has been pending, the court agrees that the trial of this case should take precedence over Mr. Talbott's business trip. The court's calendar cannot accommodate the requested continuance.

**IT IS ORDERED** that defendant's motion to continue trial (#53) is denied.

**DATED July 27, 2005.**

                                       **BY THE COURT:**

                                       **s/ F.A. Gossett**
                                       **United States Magistrate Judge**