# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAREN A. ROCKWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 8:04CV24 |
| ) | |
| TALBOTT, ADAMS & MOORE ) | REASSIGNMENT ORDER |
| INC., A Texas Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ORDERED** that the above-captioned case is reassigned to Judge Laurie Smith Camp for disposition and Magistrate Judge F.A. Gossett for pretrial supervision and management.

**DATED August 1, 2005.**

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge