# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KAREN A. ROCKWELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CV24** |
| vs. ) | |
| ) | **ORDER** |
| **TALBOTT, ADAMS & MOORE,** ) | |
| **INC., a Texas corporation,** ) | |
| ) | |
| **Defendant.** ) | |

Upon reassignment of this case to Judge Laurie Smith Camp,

**IT IS ORDERED** that a jury trial is set to commence before the Judge Smith Camp at 8:30 a.m. on **November 15, 2005**, in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**DATED August 2, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**