# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KAREN A. ROCKWELL,** | ) | **CASE NO. 8:04CV24** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TALBOTT, ADAMS & MOORE, INC., A** Texas Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the notice filed by Plaintiff Karen A. Rockwell of her intention to dismiss Counts II, III, and IV of the Complaint. (Filing No. 58). Because Rockwell's notice was filed after the Defendant filed its Answer, I have reviewed the notice and I find that it should be approved under Fed. R. Civ. P. 41(a)(2). Accordingly,

IT IS ORDERED:

1. Plaintiff's notice of partial dismissal (filing No. 58) is approved; and

2. The following counts in the Complaint are dismissed with prejudice:

    a. Count II (Nebraska Consumer Protection Act),

    b. Count III (Invasion of Privacy), and

    c. Count IV (Intentional Infliction of Emotional Distress).

Dated this 14th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge