# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KAREN A. ROCKWELL,** | ) | **CASE NO. 8:04CV24** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TALBOTT, ADAMS & MOORE, INC., A** | ) | |
| **Texas Corporation,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation regarding an extension of the deadlines associated with the Plaintiff's application for attorney's fees and bill of costs. I find that the relief requested in the Stipulation should be granted, except to the extent the parties seek to alter deadlines associated with the Amended Bill of Costs. If the Defendant seeks an extension of time to respond to the Amended Bill of Costs, which is separately considered from the application for attorneys fees, then it must seek such an extension separately from the Clerk of the Court. Accordingly,

IT IS ORDERED:

1. The Stipulation (Filing No. 98) is approved as follows:

    a. The Plaintiff shall file any and all additional evidence in support of her Motion for Attorneys Fees and (Non-taxable) Expenses on or before Monday, December 19, 2005; and

    b. The Defendant shall file its response to the Plaintiff's Motion for Attorney's Fees and (Non-taxable) Expenses on or before January 4, 2006; and

2. This order does not extend the time by which the Defendant must respond to the Amended Bill of Costs.

Dated this 12th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge